# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDWARD G. JAWORSKI | : CIVIL ACTION |
|---|---|
| v. | : NO. 17-2708 |
| COMMISSIONER OF SOCIAL SECURITY | : |

## ORDER

**AND NOW**, this 19th day of January 2018, upon considering Plaintiff's Petition for Review (ECF Doc. No. 7) and Brief (ECF Doc. No. 10), the Commissioner's Response (ECF Doc. No. 11) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Petition for Review (ECF Doc. No. 3) is **DENIED**. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.